IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICO RODRIQUEZ ALLEN,

    Petitioner,

v.     CIVIL ACTION NO. 3:19-cv-0546
      CRIMINAL ACTION NO.  3:18-00033

UNITED STATES OF AMERICA,

    Respondent.

### MEMORANDUM OPINION AND ORDER

Pending before the Court is the Defendant's "Motion for Reconsideration Pursuant to Rule 59(e) [of Judgment Order, ECF No. 80]." ECF No. 82. For the reasons stated in the Court's Memorandum Opinion and Order, ECF No. 79, the Court **FINDS** that the Defendant's arguments are without legal support, justification, and merit. Accordingly, the Court **DENIES** the motion **WITH PREJUDICE**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

    ENTER: October 27, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE